PHILIP SITZMAN, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to appellant to abide the event, upon the ground that the verdict is against the weight of the evidence on the question of contributory negligence. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

EDWARD STIEGELMEYER, Respondent, v. HENRY C. DEICHMILLER and ANNA DEICHMILLER, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

In the Matter of FRED W. THOMAS, an Attorney and Counselor at Law.— In the disciplinary proceeding against the respondent, an attorney and counselor at law, brought by the Erie County Bar Association, there is now before us the report of the learned official referee sustaining four of the five charges specified in the petition. We have examined the evidence and agree with the referee's findings. The charges are serious but fortunately pecuniary loss has resulted to no one. The learned referee has recommended the censure of the respondent and his suspension from practice. We adopt these recommendations. The defendant is hereby severely censured for the acts specified in the charges which are found against him and is suspended from his office of attorney and counselor at law for the period of one year, and thereafter until the further order of the court. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of Proving the Last Will and Testament of JENNIE BOFFEY, Deceased.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WINIFRED L. KING, Doing Business under the Firm Name and Style of KING RAZOR AND LEATHER GOODS MANUFACTURING COMPANY, Respondent, v. JOHN H. SNELL COMPANY, INCORPORATED, Appellant.— Appeal dismissed, without costs, on stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GEORGE F. DOLD, Respondent, v. M'LISS FRANCES DOLD and Others, as Executors, etc., of JACOB C. DOLD, Deceased, Appellants.— Appeal dismissed, without costs, on stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WALTER S. JOHNSON, Appellant, v. EMANUEL PRESENT and AMOS M. PRESENT, Copartners, Doing Business under the Assumed Name and Style of " ROSENTHAL-PRESENT COMPANY," Respondents.— Appeal dismissed, without costs, on stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MARY E. DALTON, Respondent, v. ALBERT DALTON, Appellant.— Appeal dismissed, without costs, on stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

EDMOND TEIRLYNCK, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Appeal dismissed, without costs, on stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

STEFANIA E. SMEJA, Appellant, v. LOUIS HOLTZ & SON, INCORPORATED, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LORENZO URSITTI and Another, Respondents, v. IGNACY TYRPA and Another, Appellants, Impleaded with Other Defendants.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.